NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE COMCAST CORPORATION, *Petitioner.*

---

Miscellaneous Docket No. 963

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0116, Magistrate Judge Charles Everingham, IV.

## ORDER

Upon consideration of Comcast Corporation's unopposed motion to withdraw its petition for a writ of mandamus,

IT IS ORDERED THAT:

(1) The motion is granted and the petition is dismissed.

(2) Any pending motions are moot.

FOR THE COURT

JAN 2 8 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David J. Silbert, Esq.
     Sean A. Luner, Esq.
     Clerk, United States District Court For The Eastern
District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK